| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>812611<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>856-813-5500<br>Attorneys for HOME POINT FINANCIAL CORPORATION | **Order Filed on November 26, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>   EDWARD F. DIX<br>   SHANNON L. DIX<br><br>   Debtors | Case No.: 17-34432 - ABA<br><br>Judge: Andrew B. Altenburg Jr.<br><br>Chapter: 13 |

Recommended Local Form:  ☐ Followed  ☒ Modified

## ORDER DIRECTING
## REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page is hereby ORDERED

**DATED: November 26, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by HOME POINT FINANCIAL CORPORATION, and regarding ~~pages 33 of the Proof of Claim it is~~ Proof of Claim 5-1

ORDERED that the above document be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-l(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

*rev. 8/1/15*